# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00113-CV

**Valorie W. Davenport and Richard Abraham, Appellants**

**v.**

**Rick Perry, Governor of the State of Texas, and Geoffrey S. Conner,
Secretary of State for the State of Texas, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT
### NO. GN303874, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The order from which appellants Valorie W. Davenport and Richard Abraham seek to appeal was signed on November 12, 2003, and after filing a motion for new trial, appellants filed their notice of appeal on February 23, 2004. On April 12 and 23, we sent notice that the reporter's record was overdue, and the court reporter responded that appellants had not yet made arrangements to pay for the record. On May 3, appellants informed us that they had arranged to pay for the record, which was filed on May 26. On July 13, appellants filed their first motion for an extension of time to file their brief, asking for an additional forty-five days, and on July 19, we extended the deadline to August 9. On September 20, this Court sent notice that the brief was overdue, requesting a response by October 1. On October 5, appellants filed their second motion for an extension of time, requesting a thirty-day extension. On October 14, we granted the second motion and ordered

appellants to file their brief no later than November 5, stating that no further extensions would be granted and that the appeal would be dismissed if the brief was not timely filed. To date, appellants have not filed their brief or otherwise responded to our October 14 order. We therefore dismiss the appeal for want of prosecution.

_____

David Puryear, Justice

Before Justices Kidd, Patterson and Puryear

Dismissed for Want of Prosecution

Filed: December 2, 2004